VERA HARDEN, and R. T. HARDEN, her husband v. HAZEL WOO-
TON, trading and doing business as WOOTON FIBRE COMPANY,
(not incorporated).

37 So. (2nd) 840      Fall Term, 1948
October 29, 1948      En Banc
Rehearing denied Dec. 1, 1948

Affirmed.

### IN RE: ESTATE OF SARAH J. DUNBAR, AN INCOMPETENT

37 So. (2nd) 840      Fall Term, 1948
November 5, 1948      Division B

Affirmed.

### W. H. TEAGUE v. F. H. WARE

37 So. (2nd) 840      Fall Term, 1948
November 12, 1948      Division B

Affirmed.

MELVIN J. RICHARD v. CITY OF MIAMI BEACH, a municipal cor-
poration, DAVE M. BENDER, JACK S. BENDER, ALBERT A.
ROSEN and RHODA C. ROSEN, his wife, MAX GORDIS and
FRANCES GOODIS, his wife.

     Fall Term, 1948
November 12, 1948      Division B
Rehearing denied Dec. 4, 1948

Affirmed.

### NELSON LANIER v. STATE OF FLORIDA

37 So. (2nd) 840      Fall Term, 1948
November 19, 1948      Division B

Affirmed.

### CITIES TRANSIT, INC., a Florida Corporation v. HARRY BURCH

37 So. (2nd) 840      Fall Term, 1948
November 23, 1948      Division A

Affirmed.

BURGOYNE LUMBER COMPANY, INC., a corporation v. JOHN C.
MANNING.

37 So. (2nd) 840      Fall Term, 1948
November 23, 1948      Division A

Affirmed.